IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MELVIN BANKS and**                                                       **PLAINTIFFS**
**JANET BANKS**

v.                      **CASE NO. 2:21-CV-00045-BSM**

**HELENA MARINE SERVICES, INC.**                                **DEFENDANT**

## ORDER

Plaintiffs' motion to remand [Doc. No. 6] is granted. *See Lewis v. Lewis & Clark Marine, Inc.*, 531 U.S. 438, 455 (2001) ("[T]o define admiralty jurisdiction as federal question jurisdiction would be a 'destructive oversimplification of the highly intricate interplay of the States and the National Government in their regulation of maritime commerce.'") (quoting *Romero v. Int'l Terminal Operating Co.*, 358 U.S. 354, 373 (1959)).

IT IS SO ORDERED this 19th day of July, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE